### 19411.   Cook *v.* The State.

Bloodworth, J. The evidence authorized the verdict, and the motion for a new trial, which was on the general grounds only, was properly overruled.     *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
     Decided March 5, 1929.

*E. M. Smith,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.